UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEJERRY D. POWELL,

        Plaintiff,

                                          Civil No. 3:22-cv-12496

STATE BUREAL,
GENESEE COUNTY SHERIFF'S DEPARTMENT,
G. ROBERT COTTON CORRECTIONAL FACILITY,
and MICHIGAN STATE POLICE,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the court's "Opinion and Order Dismissing Plaintiff's Complaint," entered on April 27, 2023,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants and against Plaintiff.

Dated at Port Huron, Michigan, April 27, 2023.

                                          KINIKIA ESSIX
                                          CLERK OF THE COURT

                                          By: s/Lisa Wagner
                                          Lisa Wagner, Case Manager
                                          to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\22-12496.Powell.Jugdment.SW.NH.docx